**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                  nring@theurbanlawfirm.com
                  sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ST RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual,<br><br>Defendants. | CASE NO: 2:14-CV-01550-GMN-PAL<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust,, and Defendants, Mohave Restoration, Inc. *dba* Service Masters 1st Response, a foreign corporation, and Jeremiah L. Cox, an individual, and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the parties. Therefore, the parties request this action be dismissed without prejudice.

2. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement.

3. The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

Dated: July 30, 2015

THE URBAN LAW FIRM

By: _____
Seth T. Floyd, Nevada Bar No. 11959
*Counsel for Plaintiffs*

Dated: July 30, 2015

MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ST RESPONSE

By: _____
Jeremiah L. Cox, its President

Dated: July 30, 2015

JEREMIAH L. COX, AN INDIVIDUAL

_____

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/03/2015.

The Urban Law Firm
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103