**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
SETH T. FLOYD, Nevada Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
               nring@theurbanlawfirm.com
               sfloyd@theurbanlawfirm.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br>Plaintiffs, <br><br>vs. <br><br>MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ST RESPONSE, a foreign corporation; JEREMIAH L. COX, an individual, <br><br>Defendants. | CASE NO: 2:14-CV-01550-GMN-PAL <br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust, and Defendants, Mohave Restoration, Inc. *dba* Service Masters 1st Response, a foreign corporation, and Jeremiah L. Cox, an individual, and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by the parties.

2. The terms of the settlement agreement have been satisfied; therefore, the parties request this action be dismissed with prejudice with each side to bear their own attorney's fees and costs.

Dated: November 30, 2016     **THE URBAN LAW FIRM**

By: */s/ Seth T. Floyd*
    Seth T. Floyd, Nevada Bar No. 11959
    *Counsel for Plaintiffs*

Dated: November 30, 2016     **MOHAVE RESTORATION, INC. dba SERVICE MASTERS 1ST RESPONSE**

By: */s/ Jeremiah L. Cox*
    Jeremiah L. Cox, its President

Dated: November 30, 2016     **JEREMIAH L. COX, AN INDIVIDUAL**

By: */s/ Jeremiah L. Cox*

/ / /

/ / /

/ / /

**ORDER**

1 IT IS HEREBY ORDERED that the above-entitled case be dismissed with prejudice with each side to bear their own attorney's fees and costs.

DATED: December 1, 2016

_____
UNITED STATES DISTRICT JUDGE